IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRENDA GOODWIN JUNIEL**                                                                 **PLAINTIFF**

**V.**                                        **4:08CV004221 JMM**

**ARKANSAS VETERAN'S HOME, ET. AL.**                                          **DEFENDANT**

## ORDER

This case is removed from the trial docket the week of November 9, 2009.

IT IS SO ORDERED this 4th day of November, 2009.

_____
James M. Moody
United States District Judge