IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRENDA GOODWIN JUNIEL**                                                                                       **PLAINTIFF**

VS.                              **CASE NO. 4:08CV004221 JMM**

**ARKANSAS VETERAN'S HOME, ET AL.**                                                           **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the compliant in the above styled case be, and is hereby, dismissed.

IT IS SO ORDERED this 23 day of November, 2009.

_____
James M. Moody
United States District Judge